IN THE FEDERAL COURT OF THE UNITED STATES

FILED
CLERK, U.S. DISTRICT COURT
JAN 25 2021
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

PLAINTIFF: LILA ARLENE STUCK RE: THE ESTATE OF LILA STUCK

ANNE ELIZABETH MARY STUCK RE: THE ESTATE OF ANNE ELIZABETH MCINTYRE STUCK

PETITIONERS

VS                    CV21-824-ODW (JCx)

DEFENDANTS/ RESPONDENTS:

THE OFFICE OF THE PUBLIC TRUSTEE OF BRITISH COLUMBIA, CANADA

IN PERSONAM MINDY DILLON APPOINTED JULY 12, 1988

AD LITEM LAWYER; ALAN MCLELLAN, APPOINTED BY THE PUBLIC

TRUSTEE OF B.C. FOR THE ESTATE OF LILA STUCK AND ANNE STUCK,

CIRCA 1990'S

LAWYER FOR THE TRUSTEE OF BRITISH COLUMBIA, CANADA, IN

PERSONAM: ALAN LINDSAY APPOINTED 1999

COUNTY COUNSEL FOR THE COUNTY OF LOS ANGELES: IN

PERSONAM; LINDA BONAZOLLA APPOINTED 1999

EXECUTIVE COUNSEL FOR THE COUNTY COUNSEL OF LOS ANGELES

COUNSEL: IN PERSONAM: LLOYD PELLMAN APPOINTED 1999

LOS ANGELES COUNTY COURT JUDGE / COMMISSIONER: IN PERSONAM;

JOHN MCILROY PRESIDING 1999 TO 2000

LOS ANGELES COUNTY COURT APPOINTED LAWYER FOR LILA STUCK

IN PERSONAM: SAMUEL INGHAM III APPOINTED 1999

THE LOS ANGELES PUBLIC GUARDIAN: IN PERSONAM DESIREE MONCOYE AND EXECUTIVE GUARDIAN CONNIE DREXLER

DEFENDANTS/RESPONDENTS

PETITION FOR PAYMENT OF CLAIM RE: THE ESTATE OF

LILA STUCK AND ANNE STUCK

PER RULE OF NATURAL JUSTICE " AUDI ALTERAM

PARTEM" FOR FORCED UNFAIR SALE OF THE STUCKS

2 PROPERTIES IN CANADA AND DEMOLITION

OF DUPLEX IN LONG BEACH CALIFORNIA

COMPLAINT OF NO REPRESENTATION OF PLAINTIFFS

IN ILLEGAL DISPOSSESSION OF PROPERTY AND

DESTRUCTION OF PROPERTY- U.S. CONSTITUTION

ILLEGAL TAKING OF PROPERTY IS JURISDICTION

1. The Plaintiffs are mother, Anne Stuck status falsified as dead person and daughter, Lila Stuck status falsified as mentally incompetent person by the Province of British Columbia, Canada. Anne Stuck is a naturalized dual citizen of the United States and Lila Stuck is an American born citizen of the United States. Citizenship is factual and causal to this case because illegal dispossession and destruction of property are illegally taken on the date July 4, 1988 by False Arrest of Lila Stuck, on that date, in British Columbia, Canada. No national guarantee of person and property for the plaintiffs is given. Restoration of guarantee is required. Payment will restore guarantee of property. Payment will restore the guarantee of person as citizens and pursuit.

2. The Defendants / Respondents are the state appointed persons who illegally dispossessed the properties of the Stucks, Plaintiffs. Their appointments in office begin with the

2

Trustee Mindy Dillon on July 12, 1988 after False Arrest of Lila Stuck. The Defendants /Respondents have denied all contact and interview of the remaining plaintiff Lila Stuck. Their acts of Dispossession of property and Destruction of property by Demolition have been made possible by fraud medical certificate and fraud building reports.

3. The Defendant/ Respondents have denied me all representation of hearing in this case. I have never been interviewed, contacted or heard personally on all matters of this estate. The Defendants have proceeded solely on instrument-certificate power alone and denied all fair hearing of the dispossession and destruction of properties belonging to the Stucks. Deliberate omission of full evidence prior to their State act has dominated their conduct. They rely solely on the false Certificate of Incompetence' the False Demolition Proceedings (Petition) and the Death Certificate of Anne Stuck to take my and my mothers' property to conduct forced sale of property and the Demolition of property. All three properties have been so taken by the Defendant/Respondents. They do not need my consent or the Consent Rule of Law. Free, Mutual and Communicated Facts and Law. The Estate is involuntary and against Public Conscience and Public Common Sense.

4. From the day of false arrest, July 4, 1988 to present date the Defendants have not produced any "Shelter" for the plaintiff, Lila Stuck. The Plaintiff, Lila Stuck has survived by owning and living in a 43 year old Motor-home with no heat, running water or electric. No residence has ever been offered by the Defendants. It is a Federal legal principle of Immigration Law that no residence in the United States disqualifies all citizenship to the United States. The Defendants illegally de-citizened the Plaintiffs from their residence. I am not a "state" citizen of any state of the Union. I only have Federal Amendment XIV definition of residence. Residence must be voluntary. Consent Rule is breached here by the Defendants. These state employees have de-citizened the Plaintiff- state-side. It is alienation of being born to the State. The Law of Domicile is- no residence is no citizenship and no Court present in the territory is- no residence. In short, you may not reside in an area where the Court does not "put it Right again." This is Federal Jurisdiction.

5.     This is not an American Estate. It was formed and is coming from the foreign country of Canada. It is impeding on the American citizens Anne and Lila Stuck. It is a "Concurrent" estate while the Domicile Estate remains in British Columbia, Canada. The Foreign State of Canada has breached American citizen owned property of the Stucks in Canada and then has proceeded to breach their property in the United States. This fact has been omitted by the Defendant/Respondent.

6.     From 1971 to 1987 The Stucks were illegally constrained in an Insurance case in Vancouver, British Columbia, Canada. The Insurance case was fraudulently dismissed on the 3rd day of trial by a threat to dismiss the case on fraud grounds in 1977. The Plaintiffs sued for legal negligence from 1978-1987. The legal negligence case was wrongfully dismissed for " no merit". The Plaintiffs were not paid their "due" and "just" compensation from the cases. The Reciprocity between the Countries was broken, for the Stucks. That made them improvident to repair their property until the legal constraint was properly in true merit "balanced". The moral jurisdiction of the province could not produce case. They do not distinct right from wrong. In short, I did not have the Court to endorse the residence. The Chief Justice misplaced the case for no merit when the Chief Justice had to own the legal representation of the persons who dropped that merit. The Court could not distinct that Wrong and raise the Right. The case was settled by the trial judge's judgment stating "sometimes a bad settlement is better than a good law case." The legal locality could not hold the case. The case was criminally settled instead of full disclosure. The Legal locality of B.C, could not present probable cause hearing for the Plaintiffs. That freed the Legal locality from establishing the Insurance Co.'s duty to present burden of proof and full cause of case. State production of Fire Report was errant on Probable Cause. The standard of practice was erased. I had to obtain the probable cause standard from the Corpus Jurus in 2002-03. Audi alterem partem was not present in the Locality. Fraud and omission took over the practice of law. The Plaintiffs were blamed by the legal locality for failure to produce the proof instead of the insurance co. and state Fire Department. The Plaintiffs were condemned in case for

4

not proving the state and insurance co.'s proof. This is Audi Alteram Partem or Fairness Doctrine in U.S. Supreme Court Law.

7. The Plaintiff, Anne Stuck,(mother) is falsely reported dead of pancreatic cancer in 1985.A death certificate is issued by her medical doctor. The final words of the Plaintiff, Anne Stuck is "We went too far, Lila" Audi Alteram Partem or "allow the other side to be heard" had been omitted to the point that the life, liberty and property was denied her.

8. Consequent to the False Arrest of July 4, 1988 the Plaintiff, Lila Stuck, did Petition to remove the Trustee of B.C. and stop the sale of the Stucks' property on November 4, 1988 in the Federal Court of Canada and in the Provincial Supreme Court of B.C. on March 23, 1989. Both Petitions were wrongfully dismissed. Seeing that the "administration stop" of the Canadian Courts had been wrongfully dismissed, the Plaintiff, Lila Stuck, left Canada to avoid further seizure of person (illegal drugging by the state) and forced sale of the Stucks property. I was not given any representation in these dismissals- neither medical nor legal. The locality refused to represent me. I moved to Long Beach, California, for refuge. My duplex property there was demolition bound by fraud building report. Against Constitution Amendment XIV that property was illegally taken and demolished in 1993. Audi alteram partem- no full evidence allowed- and total wrong process imposed the destruction of that residence- state residence. The Locality of Long Beach refused to represent me here. Governor Deukmejian of California advised to attend City Prosecutor of Long Beach to stop the demolition. The Prosecutor refused to stand for me, regardless of the Governor's advice in letter form.

9. In 1999 the B.C. Trustee, through Alan Lindsay, their lawyer, did agree with Los Angeles County Counsel, Linda Bonazolla, to file a Petition for Letters of Conservatorship for Lila and Anne Stuck. Mr. Pellman is identified on this Petition for Letters as Executive officer of that Office for Petition. The filing was supervised by him and its illegality was agreed by him. The Plaintiff, Lila Stuck. was not notified of the Hearing for Letters of Conservatorship prior to the Letters being filed. The Petition states its purpose is to prevent fraud and undue influence. With the facts and law omitted

from the Petition for Letters- its purpose represented fraud and undue influence and much more. No consent or knowledge was sought from the plaintiff, Lila Stuck. Notice was omitted to me by the Defendants/Respondents. Lila Stuck filed a Declaration to the Petition for Letters prior to the hearing granting Letters. That Declaration stated the illegality of the estate. The Declaration was lost by the Registry prior to the hearing. It was later located by the Probate Court. Commissioner McIllroy appointed Mr. Samuel Ingham III to report to the Court as to what happened to the Declaration. The Respondent Ingham omitted that report. Therefore, the Letters of Conservatorship are illegally filed in Non-Contentious Probate Court in the Los Angels Probate Court. The Plaintiff, Lila Stuck, is therefore denied representation in that Court. No Audi Alteram Partem for the Plaintiff, Lila Stuck. The grounds for Contention-Involuntary Estate are locked out. No Hearing.

10. In March 2000 I filed a Utah Petition naming the above Respondents/ Defendants as answerable to the illegal estate for being "illegal and against public policy". The Defendants/ Respondents were held by that Trust Principle in civil and criminal law against them. They were fully served the facts and law of this case by the Plaintiff. The Respondents did not answer the Petition in Utah. Without notice to me the Defendants/Respondents phoned the Utah Judge and got him to agree to drop the criminal law against them. No probable cause hearing was made possible. I withdrew my Petition in Utah for that unfairness- it was a clear violation of "natural justice".

11. The estate is currently illegally filed in the Probate Court of the Superior or County Court of Los Angeles California - Non-Contentious Division No. BP 056-055.
It has been filed in the L.A. Probate Court since 1999 and the Respondents refuse to bring it to its proper identification and proper Court for over 21 years. I therefore nominate the Federal jurisdiction to provide fair hearing. Issues of Foreign Trust, Citizenship, denial of stopping malicious process and

wrongful relief are just a few strongholds to present Federal jurisdiction. That County Court has prejudiced the relief and balance of the matter far too long to continue with it. I need my "just compensation" and my "just purpose' returned to my Life. I got illegally separated from my property. The Defendants- Respondents will neither report the case nor the payment due in the case. The Defendants/Respondents want out of that money they owe the plaintiffs, thereby. The Defendant/Respondents do not report the money owing to the Estate which results in no "due" payment to the Plaintiffs. Their denial of representation is the offense. They are insured for this.

12. The case is primarily the illegal taking of the Stucks' three properties and forcefully selling them without the Plaintiffs' knowledge and consent to obtain a money source for the TrustEstate. The Defendants/Respondents refuse to name the persons who caused the debt and expect the Plaintiffs' property to pay for those persons' debt. The Defendants/Respondents expect the Plainitffs' property to pay for the Defendants /Respondents' expenses conducting the fraud estate. Public conscience and Public common sense are especially offended here. You do not pay another man's bills for his debt owing you.

13. Since the Respondents' refuse full disclosure of the claim for over 30 years it is clear theproperty claim should be paid by them. Particulars of the claim have been served on them numerous times. They refuse to disclose the full value of the Estate in their possession. They refuse to produce the documents of sale of the properties and other essential documents and amounts that need to be disclosed. The following property claim is uncontested and unrepresented by them for 30 years. The true representation of this case is Amendment XIV of the U.S. Constitution for no process of law and fact to take and destroy property, no just compensation and no Life, Liberty and Property analysis in law and fact. All this representation is denied. The Federal Immigration Code is applicable for both Plaintiffs and other material representation is denied. Needless to state Mrs. Stuck is a missing person

7

and not a dead person. There has been no effort of the Defendants/Respondents to find her since the falsification of her death in 1985. This is a quest of this petition and prior petitions. They do not answer. The cause is denial to disclose or Representation.

14.   PARTICULARS OF CLAIM:

Property lot value alone of the two Canadian properties at time of plaintiffs' removal by the respondents is $1,000,000.00

4 story Victorian elite buildings on both of these properties is $600,000,00

Lot and building duplex in Long Beach, California is $158,000,00

Legal insurance case from 1971 to present is 500,000.00

Rental Income from all properties from 1989-2021

TOTAL: $3,694,000.00

15.   The Defendants/Respondents refuse to pay the Plaintiffs any monies at all - either from the estate or from separate funds from it. The issue is the relief of the Plaintiffs for the amount of $3,694,000.00 and this is due compensation for the above claim. I require that amount paid now. I have no funds for "due" shelter (I am homeless), no funds for " due purpose" and funds for "due quiet title". The Defendant/Respondents' practice of omission has imposed the wrong. I need my payment now. I have recently lost full use of my Motor-home (my only shelter), I am in needless residence in a Motel. The matter has come to over eight defaults on Trust-Estate conduct of the Respondents. The Respondents are not allowed to practice default. The Plaintiffs' are closed off from their freedom of pursuit and freedom of enterprise. Freedom from their legal constraint is overdue to the Plaintiffs. The estate is therefore " illegal and against public policy."

16. The Plaintiff needs the freedom of pursuit of happiness returned. The landlord, the teacher, the historian, the free verse poet, the musician etc. has been taken from the Plaintiffs. The plaintiff, Lila Stuck's possessions are in storage for over 20 years. I have paid for the storage and not the estate. Mrs. Stucks' possessions (jewelry etc.) were dump-disposed of- by the Trustee of B.C. during the false arrest of Lila Stuck. So were the Canadian possessions of Lila Stuck. The Long Beach possessions of the Plaintiffs were dump-disposed of at demolition 1993. The Defendant/Respondents refuse to report this as a loss and Debt to the estate. Mrs. Stuck is not located. My mother is the only immediate family that I have. The last chance to keep my family is erased by the Defendants/Respondents, as well. The Defendant/Respondents cannot produce professional competence to attend the case. Their due performance is withheld when they know it is their duty to end the legal constraint. They simply will not pay.

17. The Los Angeles Public Guardian has wrongly taken large amounts of estate money to support that Estate instead of remove the Estate. From 1999 to present date they get about $100.00 a month from the Estate. That illegal taking amounts to over $21,000.00. Mr. Pellman, Mr. Ingham, Linda Bonazolla and Mr. McLellan Defendant/Respondents have taken large sums to pay for their illegal lawyer fees from the Estate. The Public Guardian does not conduct the file so this charge is automated. I receive no benefit from the Estate. Mr. Lindsay, Lawyer for the Trustee, stated that the Estate totaled $300,000.00 circa in 1999 or thereabouts at a Court Hearing. I do not receive any accounting or verified statement of its computation at all. All Defendants/Respondents refuse to interview me, refuse to verify the Estate and they deny their qualification of it.

18. The malice of the Defendants/Respondents is their indifference not to answer the disclosure of all inquiries. They know I cannot settle with a partial or unknown amount of the estate. I need the full value of the Estate. The Estate has thereby wrongfully suffered and

9

punished the Plaintiffs by the Defendants/Respondents' omission to report this. I am forced to abstain from the settlement because it does not represent the true value of the estate, at all. The Defendants/Respondents will not correct the Estate. That is, the certificate of incompetence is a hospital document that expired September 16,1988. There is no State incompetence document from an Incompetence hearing in the U.S. or Canada. The False Arrest and resulting illegal drugging and detention of the American Plaintiff have run on without hearing. Therefore the Defendants/Respondents - the Public Guardian of Los Angeles, Ca. et al- just occupy illegal state office and let the illegal Estate run on. All Duty to Stand is refused. The Plaintiff remains unrepresented by the Defendants/Respondents. The Plaintiffs require the Court to stop this "run on " effect of the Defendants/Respondents. The estate must be by paid out to the Plaintiffs for the" due " and just amount pleaded above.

19.     The purpose of a Trustees' Office is to keep the Fraud out of the Estate. The Public Guardians and Defendants/Respondents are keeping the fraud in the account(Estate). There was no will by the Plaintiffs to sell the properties. The disposal by sale is the sole illegal intention the Defendants/Respondents- initially done by the Trustee of B.C. Mindy Dillon. The Public Guardians - the Public Trustees- have sold the properties below market and just value and sold them in "pieces". That way, the Defendant/Respondents do not pay their illegal taking. They will not allow the Plaintiffs to be represented and do not allow the Plaintiffs to be justly compensated. They must pay the claim to the Plaintiff, Lila Stuck, now. The estate must be extinguished. Mrs. Stuck must be attempted to be located. All allegations of incompetence must be dropped. The Plaintiff, Lila Stuck, can properly take care of the Plaintiff, Anne Stuck, when she is located and upon her consent.

20. The Plaintiff, Lila Stuck, is on homeless status of SSI. Lila Stuck pays all her expenses. I refuse to take money from the estate because I had no need to form it. The Plaintiff, Lila Stuck, refuses to eat herself (referring to forced sale of property) instead of having this claim paid. The estate is illegally founded to pay for my needs. The Plaintiffs' private enterprise was not permitted to self - earn at 4000.00 a month due to legal constraint of non-payment of claim (see: Particulars of Claim Insurance Case paragraph 14) and the False Arrest.

21. The Trustee of B.C Mindy Dillon, did de -citizen the Plaintiff Lila Stuck when she denied stopping the Canadian Immigration from fraudulently removing the Plaintiff's American Landed Immigrant status on November 17, 1993 or 1994. I lost access and contact with Canada from then on. I lost all right of residence. I was refused representation. The status was hard earned at 41 years of residence in Canada. No Trustee representation of the wrong. She had the accounts in her possession. I was black listed by fraud report and denial of representation.

DATE: January 19, 2021

Signature of Plaintiff

*Lila Stuck*
LILA STUCK

Address of Plaintiff

c/o 813 Cedarwood Cir.

Cedar City, Utah

84720-3636

PHONE

(435) 429-5720

text please

### DECLARATION

I, Lila Stuck, do affirm and declare that the above Petition for Payment of Claim is true to the best of my knowledge under penalty of perjury of the laws of the United States.

*Lila Stuck*
Lila Stuck

